988

No. 853.  Woodard et al. v. Robinson et al., composing the Arkansas Public Service Commission. Supreme Court of Arkansas.  Certiorari denied.  *James I. Teague, John E. Coates* and *Walter D. Hanson* for petitioners.  *John R. Thompson* and *Claude Carpenter, Jr.* for respondents.

No. 924.  Ringele v. Terteling et al., doing business as J. A. Terteling & Sons.  Supreme Court of Idaho.  Certiorari denied.  *Scott P. Crampton, James H. Hawley* and *Guy Cordon* for petitioner.  *John W. Gaskins* for respondents.

No. 939.  Markham et al. v. Burchfield et al. Supreme Court of Texas.  Certiorari denied.  *Curtis E. Hill* for petitioners.  *Young Frank Jungman* for respondents.

No. 965.  Dolcin Corporation et al. v. United States Court of Appeals for the District of Columbia Circuit et al.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied. *Sigmund Eisenstein* and *T. Bernard Eisenstein* for petitioners.  *Solicitor General Rankin, Assistant Attorney General Hansen, Charles H. Weston, Earl W. Kintner* and *Robert B. Dawkins* for the Federal Trade Commission, respondent.

No. 576, Misc.  Poole v. Mississippi.  Supreme Court of Mississippi.  Certiorari denied.  Petitioner *pro se. Joe T. Patterson,* Attorney General of Mississippi, and *John H. Price, Jr.,* Assistant Attorney General, for respondent.